IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JACK A. GREBE                    §

VS.                              §     CIVIL ACTION NO. 1:08cv679

M. MARTIN                        §


MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING
      THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jack A. Grebe, proceeding *pro se*, filed this petition for
writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court previously referred this matter to the Honorable
Keith F. Giblin, United States Magistrate Judge, at Beaumont,
Texas, for consideration pursuant to applicable laws and orders
of this court.  The magistrate judge has submitted a Report and
Recommendation of United States Magistrate Judge concerning the
petition.  The magistrate judge recommends the petition be
denied.

The court has received and considered the Report and
Recommendation of United States Magistrate Judge filed pursuant
to such referral, along with the record, pleadings and all
available evidence.  Petitioner filed objections to the Report
and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes the objections are without merit.  Based on the punishment imposed as a result of his disciplinary conviction, petitioner was not entitled to due process in connection with the disciplinary proceeding.

O R D E R

Accordingly, petitioner's objections are **OVERRULED.**  The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED.**  A final judgment will be entered denying the petition for writ of habeas corpus.

**SIGNED** this the 19 day of **May, 2009.**

Thad Heartfield
United States District Judge